IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HADI MOHAMMED, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:18CV466–HEH
)
DR. BOMAR, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On July 17, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on July 31, 2018 (ECF No. 7), the Court directed Plaintiff to pay an initial partial filing fee of $62.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                /s/
                                HENRY E. HUDSON
Date: Aug. 22, 2018          SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia